**Edgar Eduardo BELMONTES–AN-DRADE, a.k.a. Edgar Edward Belmontes, Petitioner,**

**v.**

**Michael B. MUKASEY, Attorney General, Respondent.**

**No. 05–73457.**

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2008.*

Filed Aug. 1, 2008.

Leslie L. Abrigo, Esquire, Chula Vista, CA, for Petitioner.

District Counsel, Office of the District Counsel, Department of Homeland Securi-

ty, San Diego, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Jonathan F. Potter, Esq., U.S. Department of Justice, Washington, DC, for Respondent.

Before: B. FLETCHER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

Edgar Eduardo Belmontes–Andrade, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's final order of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo claims of equal protection violations, *Sandoval–Luna v. Mukasey,* 526 F.3d 1243, 1246 (9th Cir.2008), and we deny the petition for review.

Belmontes–Andrade's equal protection argument is foreclosed by *Runnett v. Shultz,* 901 F.2d 782, 787 (9th Cir.1990).

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.